## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

NO. _24-cr-60038-Smith/Hunt_

IN RE:
**SEALED INDICTMENT**

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through the undersigned attorney, and respectfully requests that the indictment, arrest warrant, this Motion to Seal, and any resulting order be SEALED until the arrest of the defendant(s) or until further order of this Court, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any indictment, arrest warrant, this Motion to Seal, and any resulting order, or other sealed documents for purposes of arrest, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this indictment become public.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:

_____
COREY O'NEAL
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
FL Bar No.: 105315
Phone: (954) 660-5996
Fax: (954) 356-7336
Email: Corey.O'Neal@usdoj.gov